UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 8:20-02392 CJC (ADS)  Date: October 24, 2022

Title: *Alexis Allevato v. Pearl Chic, LLC et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):  Attorney(s) Present for Respondent(s):
None Present  None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO COMPLY WITH COURT ORDERS AND TO PROSECUTE THE CASE**

On August 10, 2022, the Honorable Cormac J. Carney ordered the parties to participate in a settlement conference before the undersigned magistrate judge. (Dkt. No. 22.) After taking the previously scheduled settlement conference off calendar, the Court ordered the parties to select at least three mutually agreed upon dates for a settlement conference by no later than October 14, 2022. (Dkt. No. 28.) As of the date of this Order, the parties have not complied.

The parties are ordered to provide at least three mutually agreed upon dates for a settlement conference to the Court's chambers e-mail **by no later than 5:00 p.m. on October 26, 2022.**

**IT IS SO ORDERED.**

Initials of Clerk kh